**No. 10-6131. Tony Terrell Moses, Sr., Petitioner v. United States.**

562 U.S. 945, 131 S. Ct. 370, 178 L. Ed. 2d 240, 2010 U.S. LEXIS 7677.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 380 Fed. Appx. 844.

**No. 10-6139. Michael Gross, Petitioner v. United States.**

562 U.S. 945, 131 S. Ct. 370, 178 L. Ed. 2d 240, 2010 U.S. LEXIS 7741.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6142. Lionel Dewayne Gilliam, aka Lionel Dewayne Gillium, Petitioner v. United States.**

562 U.S. 945, 131 S. Ct. 370, 178 L. Ed. 2d 240, 2010 U.S. LEXIS 7772.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 349.

**No. 10-6145. Michael Eugene Farmer, Petitioner v. United States.**

562 U.S. 945, 131 S. Ct. 370, 178 L. Ed. 2d 240, 2010 U.S. LEXIS 7831.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 303.

**No. 10-6146. Desmond Lamont Garrett, Petitioner v. United States.**

562 U.S. 945, 131 S. Ct. 370, 178 L. Ed. 2d 240, 2010 U.S. LEXIS 7814.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 381 Fed. Appx. 279.

**No. 10-6157. Joe Eddie Pugh, Jr., Petitioner v. United States.**

562 U.S. 946, 131 S. Ct. 371, 178 L. Ed. 2d 240, 2010 U.S. LEXIS 7744.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 380 Fed. Appx. 776.

**No. 10-6173. Jeffrey Eugene Lee, Petitioner v. United States.**

562 U.S. 946, 131 S. Ct. 372, 178 L. Ed. 2d 240, 2010 U.S. LEXIS 7760.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 379 Fed. Appx. 830.

**No. 10-6174. Jason Arbutiski, Petitioner v. United States.**

562 U.S. 946, 131 S. Ct. 372, 178 L. Ed. 2d 240, 2010 U.S. LEXIS 7740.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.